# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BENEFICIAL CONSUMER DISCOUNT COMPANY D/B/A/ BENIFICIAL MORTGAGE COMPANY OF PENNSYLVANIA, | : | No. 221 WAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PAMELA A. VUKMAN A/K/A PAMELA A. MCDEAVITT, | : | |
| | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.